# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NORWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>SUZAN HUBBARD, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00690-GSA PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

Plaintiff Gregory Norwood is a state prisoner proceeding pro se in this civil rights action for violation of his right to due process. Defendant Clark removed this action from Kings County Superior Court on April 16, 2009. 28 U.S.C. § 1441(b). Defendant requests to be relieved of the obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendant seeks an extension of time to respond to the complaint, to commence upon issuance of the screening order.

Defendant's request is HEREBY GRANTED, and Defendant shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

    Dated:   May 4, 2009            /s/ Gary S. Austin
                                                 UNITED STATES MAGISTRATE JUDGE